# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATIONAL LIABLITIY &** | : | |
| **FIRE INSURANCE COMPANY**, | : | Case No.  24-cv-01749-JMY |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| **MANFRED STERNBERG, et al.,** | : | |
| | : | |
| | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, on this 21st day of October 2024, upon consideration of Defendant's Motion to Dismiss (ECF No. 14) it is hereby **ORDERED** that oral argument shall be held on these Motions in Courtroom 15-B, James A. Byrne United States Courthouse 601 Market Street, Philadelphia, Pennsylvania 19106 on **Thursday, November 14, 2024** at **11:30 A.M.**

**IT IS SO ORDERED.**

                                                                    **BY THE COURT:**

                                                                    */s/ John Milton Younge*
                                                                    _____
                                                                    **Judge John Milton Younge**