## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY, | : : : | |
| | : | CIVIL ACTION NO. 2:24-CV-01749-JMY |
| Plaintiff, | : : | |
| v. | : : | |
| MANFRED STERNBERG, ESQUIRE, AND MANFRED STERNBERG & ASSOCIATES, PC, | : : : : | |
| Defendants. | : | |

### ORDER

AND NOW, this 1st day of August, 2025, upon consideration of Defendants' Manfred Sternberg, Esquire, and Manfred Sternberg & Associates, PC's Motion to Dismiss Plaintiff's Complaint (ECF No. 14), it is hereby **ORDERED** that said Motion is **DENIED**.

**IT IS FUTHER ORDERED** that Subsection c. of the Plaintiff's Complaint concerning the Duty to Indemnify the Sternberg Defendants against any settlement or judgment in the matter of *American Environmental Enterprises, Inc., d/b/a TheSafetyHouse.com v. Manfred Sternberg, Esquire, et. al*, in the United States District Court for the Eastern District of Pennsylvania, No. 2:22- CV-0688 (JMY) is **DISMISSED WITHOUT PREJUDICE** as not being ripe for review.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ John Milton Younge Judge*

Judge John Milton Younge