IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE COMPANY, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 2:24-CV-01749-JMY |
| v. | : | |
| | : | |
| MANFRED STERNBERG, ESQUIRE, AND MANFRED STERNBERG & ASSOCIATES, PC, | : | |
| | : | |
| Defendants. | : | |

**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR MOTIONS FOR JUDGMENT ON THE PLEADINGS**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, National Liability & Fire Insurance Company ("National Liability") and Defendants Manfred Sternberg, Esquire and Manfred Sternberg & Associates, PC (together, the "Sternberg Defendants"), subject to the approval of the Court, that:

1.     National Liability shall file its Brief in Opposition to the Sternberg Defendants' Cross Motion for Judgment on the Pleadings on or before January 7, 2026. The brief shall constitute both National Liability's Brief in Opposition of the Sternberg Defendants' Cross Motion for Judgment on the Pleadings and its Reply Brief to the Sternberg Defendants Brief in Opposition to National Liability's Motion for Judgment on the Pleadings (ECF 31). National Liability's brief shall not exceed thirty-five (35) pages.

2.     The Sternberg Defendants may file a brief in reply to National Liability's Brief in Opposition to the Sternberg Defendants' Cross Motion for Judgment on the Pleadings (ECF 32) no later than January 21, 2026. The Sternberg Defendants' brief shall not exceed fifteen (15) pages.

Respectfully submitted,

/s/ *Michael E. Bonner*                          /s/ *R. Brandon McCullough*
Michael E. Bonner, Esq.                         R. Brandon McCullough, Esq.
DAILEY LLP                                      Houston Harbaugh, P.C.
1650 Market Street                              Three Gateway Center
Suite 3600                                      401 Liberty Avenue, 22nd Floor
Philadelphia, PA 19103                          Pittsburgh, PA 15222
(610) 536-6110                                  (412) 281-5060
mbonner@daileyllp.com                           mcculloughb@hh-law.com

Dated: December 19, 2025

**APPROVED AND SO ORDERED** this _____ day of _____, 2025.


BY THE COURT:


_____
John Milton Younge

United States District Court Judge