**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NATIONAL LIABILITY & FIRE** | : | |
| **INSURANCE COMPANY,** | : | |
| Plaintiffs, | : | |
| | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 24-01749-JMY |
| | : | |
| **MANFRED STERNBERG, ESQUIRE, et al.,** | : | |
| Defendants. | : | |
| | : | |
| | : | |

**ORDER**

**AND NOW**, this 8th day of April 2026, upon consideration of Plaintiff's Motion for Judgment on the Pleadings (ECF No. 31) and Defendants' Cross Motion for Judgment on the Pleadings (ECF No. 32) and all other writings, and the reasonings accompanied in the memorandum, it is hereby **ORDERED** that:

1. Plaintiff's Motion (ECF No. 31) is **GRANTED** and Defendants' Motion (ECF No. 32) is **DENIED**.

2. Declaratory Judgment is entered in favor of Plaintiff whereas Plaintiff has neither a duty to defend nor indemnify Defendants in the matter of *American Environmental Enterprises, Inc., d/b/a TheSafetyHouse.com v. Manfred Sternberg, Esquire, et. al*, in the United States District Court for the Eastern District of Pennsylvania, No. 2:22-CV-0688 (JMY). Plaintiff may withdraw from the defense of Defendants in said matter pursuant to its' reservation of rights.

3. Plaintiff's Motion for Reconsideration (ECF No. 26) is **DENIED AS MOOT** due to this Order and the stay imposed in the matter of *American Environmental Enterprises, Inc., d/b/a TheSafetyHouse.com v. Manfred Sternberg, Esquire, et. al*, in the United States District Court for the Eastern District of Pennsylvania, No. 2:22-CV-0688 (JMY).

**IT IS SO ORDERED.**

BY THE COURT:

/s/ *John Milton Younge*
**JOHN M. YOUNGE, J.**